834

No. 92–8737. CHAMBERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8739. GAVIN *v.* DUNN ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8743. PERSYN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8744. MONTGOMERY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8749. WRIGHT *v.* DELAND, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 92–8751. SAULS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8752. SOLIS *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 92–8753. HALL *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–8757. GALLOWAY *v.* BORG, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 92–8764. HORTON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–8766. JOHNSON *v.* DETROIT COLLEGE OF LAW ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–8769. LUGO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8772. MURPHY *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–8773. DORTCH ET AL. *v.* GODINEZ, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8774. KUMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.